PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**FILED**
Clerk
District Court
JAN 17 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Margarita DLG Wonenberg<br>US Probation Officer<br>4th Floor Horiguchi Bldg.<br>P.O. Box 502089<br>Saipan, MP 96950 |

☐ **Original Notice**          ☒ **Disposition of Original Notice**

**Date:** _____          **Date:** September 1, 2005

**BY:** _____            **BY:** Margarita Wonenberg

---

**Defendant:** Jesus Aguon Villagomez          **Case Number:** 03-00020-001

**Date of Birth:** XX/XX/1966                  **Place of Birth:** Saipan, NMI

**SSN:** XXX-XX-5450

---

### NOTICE OF COURT ORDER (Order Date: _____)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court