PROB 12B
(7/93)

# United States District Court

FILED
Clerk
District Court

for

JAN 10 2008

the Northern Mariana Islands

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

Name of Offender:     **Jesse A. Villagomez**              Case Number:   **CR 03-00020-001**

Name of Sentencing Judicial Officer:     Honorable Alex R. Munson

Date of Original Sentence:     June 15, 2004

Original Offense:     Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

Original Sentence:     15 months imprisonment followed by a three year term of supervised release with conditions to include: not commit another federal, state, or local offense; not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days after release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm or other dangerous weapon or destructive device; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make co-payment for the program at a rate to be determined by the U.S. Probation Office; perform 400 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee. **Modified on February 16, 2006** to include that he submit to drug testing, not to exceed eight tests per month.

Type of Supervision:     Supervised Release     Date Supervision Commenced:     July 13, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision _____ years, for a total term _____ years.

[X]   To modify the conditions of supervision as follow

1.   The defendant shall perform an additional 50 hours of community service under the direction of the U.S. Probation Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On July 20, 2007, Jesse A. Villagomez admitted to U.S. Probation Officer Margarita Wonenberg that he used "ice" on July 14, 2007. On that same day, he signed and agreed to a Waiver of Hearing to Modify Conditions to a sanction of 50 hours of community service.

On January 4, 2008, Mr. Villagomez met with this Officer and explained the circumstances surrounding his July 14, 2007 use of "ice". He stated that he was persuaded to smoke "ice" while visiting some friends, and wanted to experiment with the drug to see if he would still enjoy smoking it. Mr. Villagomez stated that he disliked the drug and became nervous that it would adversely affect his term of supervision. He regrets that he used the drug and accepts full responsibility for violating his supervision. Mr. Villagomez was immediately referred to Marianas Psychiatric Services to begin random drug testing, and agreed to complete to the 50 hours of community service he agreed to perform as a sanction for the July 14, 2007 violation.

Except as outlined above, Mr. Villagomez has complied with the conditions of supervision since being placed on supervised release, and is gainfully employed full-time as a driver for a recycling company. He paid his $100 special assessment fee on July 19, 2004, and completed 400 hours of community service on January 3, 2006.

It is respectfully requested that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2). Attached is the Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Villagomez' consent to the modification.

Reviewed by:

GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

Date: January 10, 2008

Respectfully submitted,

by: MELINDA N. BRUNSON
U.S. Probation Officer

Date: 1/10/08

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other   Issuance of a:   ☐ Summons   ☐ Warrant

ALEX R. MUNSON
Chief Judge
Northern Mariana Islands

1-10-08
Date

PROB 49
(3/89)

for

*District of Northern Mariana Islands*

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall perform an additional 50 hours of community service under the direction of the United States Probation Office.

Witness: Margarita DLG. Wonenberg
U.S. Probation Officer

Signed: Jesse Aguon Villagomez
Probationer or Supervised Releasee

July 20, 2007
Date